IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| MARIA GALLEGOS, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CASE NO. |
| | § | |
| FEDNAT INSURANCE COMPANY, | § | |
| | § | |
| *Defendant.* | § | |

## NOTICE OF REMOVAL

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT:

Defendant FedNat Insurance Company, in a cause styled *Maria Gallegos v. FedNat Insurance Company*, originally pending as Cause No. C-0714-22-I in the 398th Judicial District Court of Hidalgo County, Texas, hereby respectfully files this Notice of Removal of that cause to the United States District Court for the Southern District of Texas, McAllen Division, while fully reserving all rights and defenses, and as grounds therefore respectfully shows the Court as follows:

### NATURE OF THE PENDING STATE CASE

1. On February 28, 2022, Plaintiff Maria Gallegos filed a civil action styled *Maria Gallegos v. FedNat Insurance Company*, under Cause No. C-0714-22-I in the 398th Judicial District Court of Hidalgo County, Texas.

2. This case involves an insurance dispute wherein Plaintiff alleges in her Original Petition that the subject property located at 2422 Christina Avenue, Mission, Texas 78572, insured under insurance Policy No. FNT134654303, issued by FedNat, sustained extensive damage on or about July 25, 2020 when Hurricane Hanna moved through Hidalgo County and caused significant

damage to the Property.[1] Plaintiff has sued FedNat alleging causes of action for breach of contract, violations of the Texas Insurance Code, breach of the duty of good faith and fair dealing, and fraud.

3. FedNat has attached the documents required to be filed with this Notice of Removal in compliance with Local Rule 81.[2]

## JURISDICTION

4. Pursuant to 28 U.S.C. § 1441(a), FedNat removes this action to the District Court of the United States for the Southern District of Texas, McAllen Division, because it is the District and Division embracing the place where such action is pending. Additionally, this Court has diversity jurisdiction, as shown below, because the parties are citizens of different states and the amount in controversy exceeds $75,000.00, exclusive of interests and costs.

**A.   Diversity of the Parties**

5. Plaintiff is an individual who is a citizen of Texas and who resides in Hidalgo County, Texas.[3] Defendant FedNat is a foreign corporation organized in Florida with its principal place of business in Sunrise, Florida. Accordingly, FedNat is a citizen of Florida. Therefore, the parties are citizens of different states and are completely diverse.

**B.   Amount in Controversy**

6. To show that all the requisites for federal jurisdiction are met, a removing party must demonstrate that the amount in controversy exceeds $75,000.[4] The amount in controversy is ordinarily established on the face of the complaint and the dollar-amount actually alleged.[5] Here,

---

[1] Exhibit A, ¶¶ 5–8.
[2] Plaintiff's Original Petition, attached hereto as Exhibit "A;" Proof of Service, attached hereto as Exhibit "B;" Defendant's Original Answer, attached hereto as Exhibit "C;" An Index of Matters Being Filed, attached hereto as Exhibit "D;" Copy of State Court Docket Sheet, attached hereto as Exhibit "E;" List of All Counsel of Record, attached hereto as Exhibit F;" and Civil Cover Sheet, attached hereto as Exhibit "G."
[3] Exhibit A, ¶ 2.
[4] *See* 28 U.S.C. § 1332(a); *Garcia v. Koch Oil Co. of Texas Inc.*, 351 F.3d 636, 638 (5th Cir. 2003).
[5] *See Garcia*, 351 F.3d at 638 (citing *St. Paul Mercury Indem. Co. v. Red Cab Co.*, 303 U.S. 283, 289 (1938)); *Allen v. R & H Oil and Gas Co.*, 63 F.3d 1326, 1335 (5th Cir. 1995).

Plaintiff alleges in her petition that she seeks damages of more than $250,000.[6] Therefore, the amount in controversy exceeds the jurisdictional minimum of $75,000.00, exclusive of interest and costs.

## TIMING OF REMOVAL

7. FedNat was served with this lawsuit on March 8, 2022 by Plaintiff serving FedNat's Registered Agent, Corporate Creations.[7] Therefore, this Notice of Removal is being filed within 30 days of service of the petition pursuant to 28 U.S.C. § 1446(b) and is filed less than one year after commencement of the action, pursuant to 28 U.S.C. § 1446(c). This Notice is therefore timely filed.

## NOTICE TO ADVERSE PARTIES AND STATE COURT

8. As the removing party, FedNat will give Plaintiff prompt written notice of this Notice of Removal pursuant to 28 U.S.C. § 1446(d).

9. FedNat will also file a copy of this Notice of Removal with the 398th Judicial District Court of Hidalgo County, Texas, where the state court action is currently pending, as required by 28 U.S.C. § 1446(d).

## ANSWER

10. FedNat filed a responsive pleading in the state court action and will timely file an Amended Answer to Plaintiff's lawsuit in this Court.

## JURY DEMAND

11. FedNat hereby requests a trial by jury pursuant to Rule 38 of the Federal Rules of Civil Procedure.

---

[6] Exhibit A, ¶ 48.
[7] *See* Exhibit B.

## CONCLUSION AND PRAYER

12. In light of the foregoing, Defendant FedNat Insurance Company respectfully removes this civil action, styled *Maria Gallegos v. FedNat Insurance Company*, under Cause No. C-0714-22-I in the 398th Judicial District Court of Hidalgo County, Texas.

13. FedNat prays for such other and further relief, both general and special, at law and in equity, to which it may show itself justly entitled.

Respectfully submitted by,

*/s/ Brian A. Srubar*
Les Pickett
"Attorney-in-Charge"
Federal I.D. No. 14306
State Bar No. 15980520
lpickett@gallowaylawfirm.com
Brian A. Srubar
Federal I.D. No. 3082622
State Bar No. 24098460
bsrubar@gallowaylawfirm.com

OF COUNSEL:
GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH
1301 McKinney, Suite 1400
Houston, Texas 77010
(713) 599-0700 – Telephone
(713) 599-0777 – Facsimile
**ATTORNEYS FOR DEFENDANT**
**FEDNAT INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that on April 6, 2022, a copy of the above and foregoing Notice of Removal was filed electronically with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

*/s/ Brian A. Srubar*
Les Pickett
Brian A. Srubar